B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Western District of Wisconsin

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Jackson Green LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-2463227** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**9359 Timberline Drive**<br>**Minocqua, WI**<br>ZIPCODE **54548** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Oneida** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

## Type of Debtor
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

## Filing Fee (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Jackson Green LLC** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **Western District Of Wisconsin** | Case Number: <br> **09-10099** | Date Filed: <br> **1/9/09** |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
   Signature of Attorney for Debtor(s)     Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Jackson Green LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Terrence J. Byrne*
Signature of Attorney for Debtor(s)

**Terrence J. Byrne 1016271**
**Law Office of Terrence**
**J. Byrne**
**P.O. Box 1566**
**Wausau, WI 54402-1566**

**byrne@byrnelaw.com**

**June 23, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Paula Heyes*
Signature of Authorized Individual

**Paula Heyes**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**June 23, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Wisconsin

**IN RE:** Case No. _____

**Jackson Green LLC**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Grand Prarie Capital**<br>531 Tanglewood Ln<br>Frankfort, IL  60423 | Joseph Pratl | | | 105,000.00 |
| **National City Bank**<br>P.O. Box 856176<br>Louisville, KY  40285-6176 | | | | 44,673.00 |
| **Robbins, Salomon And Pratt LTD**<br>25 East Washington, Suite 100<br>Chicago, IL  60602 | | | | 33,960.00 |
| **Chicago Access Corporation**<br>322 S. Green Suite 100<br>Chicago, IL  60607 | | | | 33,631.00 |
| **Knepper & Kibby PC**<br>Great Lakes Medicaid<br>322 S. Green Suite 500<br>Chicago, IL  60607 | | | | 28,911.00 |
| **Incisent Technologies**<br>833 W. Jackson Blvd., Ste. 800<br>Chicago, IL  60607 | | | | 27,076.26 |
| **Levenfeld Pearlstein LLC**<br>2 N. LaSalle, Suite 1300<br>Chicago, IL  60610 | | | | 17,710.00 |
| **Farn (Creative Parlour)**<br>322 S. Green Suite 208<br>Chicgo, IL  60607 | | | | 15,750.57 |
| **Thyssenkrupp**<br>P.O. Box 9333004<br>Atlanta, GA  31193-3004 | | | | 15,121.84 |
| **Interstate Realty Management**<br>3 East Stow Rd.<br>P.O. Box 994<br>Marleton, NJ  08053 | | | | 14,735.07 |
| **Kimco Corporation**<br>135 S. LaSalle Street, Dept. 1607<br>Chicago, IL  60674-1607 | | | | 13,998.00 |
| **Peoples Energy**<br>Chicago, IL  60687 | | | | 12,139.01 |
| **Maximum Marketing Services**<br>833 W Jackson Suite 300<br>Chicago, IL  60607 | | | | 10,721.75 |
| **Applegate, Thorne And Thompsen**<br>322 S Green Suite 400<br>Chicago, IL  60607 | | | | 10,430.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Michael Meyers Advertising Co**<br>833 W Jackson Suite 600<br>Chicago, IL  60607 | 10,320.00 |
| **Emor Services**<br>431 Lexington Dr.<br>Buffalo Grove, IL  60089 | 9,272.66 |
| **Schiller Klein & McElroy PC**<br>33 North Dearborn, Suite 650<br>Chicago, IL  60602 | 8,993.00 |
| **Urban Real Estate Research, Inc.**<br>P.O. Box 10940<br>Chicago, IL  60610 | 8,000.00 |
| **BLDD Architects**<br>100 Merchant St<br>Decatur, IL  62523 | 7,750.00 |
| **Thyssenkrupp Elevator**<br>P.O. Box 933004<br>Atlanta, GA  31193-3004 | 7,374.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 23, 2011**          Signature: */s/ Paula Heyes*

**Paula Heyes, Member**

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Wisconsin**

**IN RE:**                                                                         Case No. _____

**Jackson Green LLC**                                 Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **David Heyes**<br>**PO Box 167**<br>**Minocqua, WI 54548** | **49** | **Member** |
| **Jackson Green Associates, Inc.**<br>**PO Box 881**<br>**Minocqua, WI 54548** | **1** | **Member** |
| **Paula Heyes**<br>**P.O. Box 167**<br>**Minoqua, WI 54548** | **50** | **Member** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Albion Jackson Green LLC
108 W. 2nd Street, Suite 104
Los Angeles, CA  90012


American Federation Of Teacher
833 W. Jackson Suite 310
Chicago, IL  60607


Applegate, Thorne And Thompsen
322 S Green Suite 400
Chicago, IL  60607


Applegate, Thorne, And Thompsen
322 S. Green Suite 400
Chicago, IL  60607


Attorney Eliza M. Reyes
Von Briesen & Roper SC
3 South Pinckney Street, Suite 1000
Madison, WI  53703


Attorney Randy Osberg
Ruder Ware LL SC
P.O. Box 187
Eau Claire, WI  54702-0187


Berman Industries, Inc.
833 W Jackson Suite 700
Chicago, IL  60607


BLDD Architects
100 Merchant St
Decatur, IL  62523

BLDD Architects  
833 W. Jackson Suite 100  
Chicago, IL  60607


Bric Management, LLC  
P.O. Box 881  
Minocqua, WI  54548


Cadworks, Inc.  
833 W. Jackson Suite 400  
Chicago, IL  60607


CBIZ Gibralter Real Estate Services  
One South Wacher Drive, Suite 1800  
Chicago, IL  60606


Chicago Access Corporation  
322 S. Green Suite 100  
Chicago, IL  60607


Chicago Access Corporation  
322 S. Green, Suite 100  
Chicago, IL  60607


David Heyes  
PO Box 167  
Minocqua, WI  54548


Design Organization  
57 Franklin Street, Suite 201  
Valparaiso, IN  46383


Design Organization  
57 Franclin St., Ste. 201  
Valparaisa, IN  46383

Emcor Services  
960 Industrial Drive, Suite 2  
Elmhurst, IL   60126

Emor Services  
431 Lexington Dr.  
Buffalo Grove, IL   60089

Farm (Creative Parlour)  
322 S. Green Suite 206  
Chicago, IL   60607

Farn (Creative Parlour)  
322 S. Green Suite 208  
Chicgo, IL   60607

First United Mortgage  
23075 Woodland Road  
Lakeville, MN   55044

Genesis West Loop LLC  
833 W. Jackson Suite 110  
Chicago, IL   60607

Grand Prarie Capital  
531 Tanglewood Ln  
Frankfort, IL   60423

Great Lakes Region Organizing Project  
American Federation Of Teachers  
PO Box 390  
Westmont, IL   60559

Holly Duran Real Estate  
10 S. Wacker Drive, Suite 1965  
Chicago, IL   60606

```
Iexplorer
833 W Jackson Suite 500
Chicago, IL  60607


Incisent Technologies
833 W. Jackson Blvd., Ste. 800
Chicago, IL  60607


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA  19114


Internal Revenue Service
Insolvency Unit - Stop 5301 MIL
310 W. Wisconsin Avenue
Milwaukee, WI  53203-2221


Interstate Realty Management
322 S. Green, Suite 202
Chicago, IL  60607


Interstate Realty Management
3 East Stow Rd.
P.O. Box 994
Marleton, NJ  08053


Interstate Realty Managment
PO Box 994
Marleton, NJ  08053


Joseph E. Fenzel, Esq.
Joseph E. Fenzel, SC
757 N. Broadway, Suite 300
Milwaukee, WI  53202
```

Joseph Pratl
531 Tanglewood Lane
Frankfort, IL  60423


Key Bank Real Estate Capital
Wachovia/Wells Fargo/Column Financial
911 Main Street, Suite 1500
Kansas City, MO  64105


Killian & Company Advertising
322 S. Green Suite 510
Chicago, IL  60607


Kimco Corporation
135 S. LaSalle Street, Dept. 1607
Chicago, IL  60674-1607


Kimco Corporation
135 S. Lasalle Street, Dept. 1607
Chicago, IL  60674-1607


Knepper & Kibby PC
Great Lakes Medicaid
322 S. Green Suite 500
Chicago, IL  60607


Knepper & Kirby, P.C.
322 S Green Suite 500
Chicago, IL  60607


Knowledge Learning
650 NE Holladay St., Ste. 1400
Portland, OR  97232

Krahl Constuction  
322 S. Green Suite 300  
Chicago, IL  60607


Levenfeld Pearlstein LLC  
2 N. LaSalle, Suite 1300  
Chicago, IL  60610


Maximum Marketing Services  
833 W Jackson Suite 300  
Chicago, IL  60607


Maximum Marketing Services, Inc.  
833 W. Jackson Suite 300  
Chicago, IL  60607


Michael Lerner  
1555 N. Sheffield Avenue  
Chicago, IL  60606


Michael Meyers Advertising Co  
833 W Jackson Suite 600  
Chicago, IL  60607


Michael Meyers Advertising Co.  
833 W Jackson Suite 600  
Chicago, IL  60607


National City Bank  
P.O. Box 856176  
Louisville, KY  40285-6176


New Beginnings Technology  
P.O. Box 41  
Northbrook, IL  60065

Paula Heyes
P.O. Box 167
Minoqua, WI   54548


Peoples Energy
Chicago, IL   60687


Premier Waste
10823 S Langley
Chicago, IL   60628


Robbins, Salomon And Pratt LTD
25 East Washington, Suite 100
Chicago, IL   60602


Schiller Klein & McElroy PC
33 North Dearborn, Suite 650
Chicago, IL   60602


SMG Security Systems, Inc.
120 King Street
Elk Grove Village, IL   60628


State Of Wisconsin Workforce
Development
P.O. Box 8914
Madison, WI   53708


Steeple Chase
322 S. Green St., Ste. 508
Chicago, IL   60607


The Propes Law Firm
833 W. Jackson Suite 200
Chicago, IL   60607

```
Thyssenkrupp
P.O. Box 9333004
Atlanta, GA   31193-3004


Thyssenkrupp Elevator
P.O. Box 933004
Atlanta, GA   31193-3004


U Of IL-College Of Social Work
322 S. Green St Suite 508
Chicago, IL   60607


U.S. Attorney
660 W. Washington Ave. #200
P.O. Box 1585
Madison, WI   53701-1585


U.S. Equities
20 N. Michigan, Suite 400
Chicago, IL   60602


University Of Illinois
College Of Social Work
322 S. Green St., Ste. 508
Chicago, IL   60607


University Of Illinois/Board Of Trustees
322 S. Green Suite 508
Chicago, IL   60607


Urban Real Estate Research, Inc.
P.O. Box 10940
Chicago, IL   60610
```

Vascular Access Center
322 S. Green Suite 108
Chicago, IL  60607


VasSol, Inc.
833 W Jackson Suite 800
Chicago, IL  60607


Vedder Price Kaufman
222 N.LaSalle,
Chicago, IL  60606


Wachovia Securities
NC 1075, 9th Floor
201 S. College St.
Charlotte, NC  28244


Wisconsin Department Of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI  53708-8901