# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:                                              Case Number:   1−11−14038−tsu
Chapter:   11

Jackson Green LLC

Debtor(s).

## NOTICE OF HEARING AND PRE−HEARING ORDER

RE:    1) MOTION BY DEBTOR FOR USE OF CASH COLLATERA
        2) MOTION BY WELLS FARGO BANK, N.A., TO DISMISS CASE OR IN THE ALTERNATIVE MODIFY THE AUTOMATIC STAY

A HEARING WILL BE HELD on the above−referenced matter at the following time and place:

   Date: August 17, 2011                                         Time: 11:30 AM
   Place: Wausau City Hall, 407 Grant Street, Wausau, WI 54403

ALL PARTIES ARE ORDERED TO FILE WITH THE COURT, and serve on parties in interest, the following:

   A. <u>At least 10 days prior to the hearing date.</u>

        1. <u>Statement of the Case.</u> A statement of the case containing brief, numbered statements of:

               a. <u>Established Facts.</u> Admitted, uncontested and stipulated facts.
               b. <u>Contested Facts.</u> Remaining issues of fact.
               c. <u>Legal Issues.</u> Any remaining issues of law.
               d. <u>Appraisal Values.</u>

        2. <u>Exhibits.</u> An exhibit list and copies of proposed exhibits, prepared as follows:

               a. Numbered proposed exhibits using blue (debtor) or yellow (creditor) exhibit labels obtained from the Clerk's office. Exhibit numbers should correspond to the order of probable presentation at trial.
               b. A prepared sequential list of numbered exhibits with a brief identification statement for each exhibit.
               c. The Court requires that appraisals, along with the qualifications of the appraiser, be submitted by declaration in accordance with 28 U.S.C. § 1746. Appraisers should be present for cross−examination.

        3. <u>Witnesses.</u> A list of proposed witnesses which shall include:

               a. A brief statement regarding the subject matter of the testimony of each witness.
               b. A short statement of the qualifications of such witnesses.
               c. Appraisers need to present only for cross−examination purposes since appraisals are required to be submitted by declaration.

   B. <u>At least 4 days prior to the date set for the hearing.</u>

1. Any objection to:

    a. An opposing party's Statement of the Case.
    b. The authenticity of proposed exhibits.
    c. The competency and qualifications of proposed witnesses.

2. Any pre–hearing motion to limit testimony.

3. Any legal memorandum.

4. Any proposed findings of fact and conclusions of law.

5. Proposed order.

Dated: July 14, 2011

BY THE COURT

/s/ Thomas S. Utschig
_____
Hon. Thomas S. Utschig
U.S. Bankruptcy Judge